UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT MICHAEL ARDIS,**

    Plaintiff,

v.                                   Case No. 3:14cv328/MCR/CJK

**PAIGE ANDERSON, et al.,**

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 20, 2015.  (Doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Second Amended Complaint for Injunctive and Declaratory Relief and for Damages (doc. 7) is DISMISSED with prejudice as  frivolous and malicious and failing to state a claim upon which relief can be granted

    3.    The clerk of court be directed to close the file.

**DONE AND ORDERED** this 9th day of February 2015.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**